UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROYLENE RAY and KELLY CANNON, individually and on behalf of others similarly situated,

Plaintiff(s),

v.

BLUEHIPPO FUNDING, LLC, and JOSEPH K. RENSIN,

Defendant(s).

CASE NO. C 06 1807 JSW

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

David J. Marshall, an active member in good standing of the bar of the District of Columbia (particular court to which applicant is admitted) whose business address and telephone number is David J. Marshall, Katz, Marshall & Banks, LLP, 1718 Connecticut Ave., N.W., Sixth Floor, Washington, DC 20009 Tel. (202) 299-1140 , having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiffs Roylene Ray and Kelly Cannon,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

United States Judge