```
 1  JAMES C. STURDEVANT (CA SBN 94551)
    (jim@sturdevantlaw.com)
 2  SYLVIA M. SOKOL (CA SBN 200126)
    (sylvia@sturdevantlaw.com)
 3  THE STURDEVANT LAW FIRM
    A Professional Corporation
 4  475 Sansome Street, Suite 1750
    San Francisco, CA 94111
 5  Telephone: (415) 477-2410
    Facsimile: (415) 477-2420
 6
    Attorneys for Plaintiffs
 7  ROYLENE RAY and KELLY CANNON

 8  Edward P. Sangster (SBN 121041)
    Dylan B. Carp (SBN 196846)
 9  KIRKPATRICK & LOCKHART
    NICHOLSON GRAHAM LLP
10  Four Embarcadero Center, 10th Floor
    San Francisco, CA 94111
11  Telephone: (415) 249-1000
    Facsimile: (415) 249-1001
12  E-Mail: esangster@klng.com
    E-Mail: dcarp@klng.com
13
    Attorneys for Defendant
14  BLUEHIPPO FUNDING, LLC

15  [Additional Counsel for Parties Listed on
    Signature Page]
16
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| ROYLENE RAY and KELLY CANNON, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUEHIPPO FUNDING, LLC,<br><br>Defendant. | Case No. C-06-1807 JSW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO TRANSFER (Civ. L.R. 6-2(a))** |
|---|---|

STIP. EXTEND TIME TO RESPOND TO MOTION TO TRANSFER
Case No. C 06-1807 JSW

Plaintiffs Roylene Ray and Kelly Cannon and Defendant BlueHippo Funding, LLC, by and through undersigned counsel, hereby stipulate and agree pursuant to Civil Local Rule 6-2(a) that plaintiffs shall have up to and including June 7, 2006, to respond to Defendant BlueHippo Funding, LLC's, Motion to Transfer Venue (April 24, 2006).

In support of this stipulation, the undersigned declare that the purpose of the requested extension is to allow the parties adequate time to explore the possibility of reaching agreement on matters related to the conservation of the Court's and the parties' resources. There has been one extension of time in this case, i.e., an extension by stipulation of defendants' time for answering the complaint. The requested extension will have no effect on the schedule of this case except to require the re-noticing of the motion on the Court's motion calendar for hearing, ~~which counsel for the movant will do upon the Court's approval of this request.~~

The hearing on Defendant BlueHippo Funding LLC's motion to transfer is RESET for July 7, 2006 at 9:00 a.m.

THE STURDEVANT LAW FIRM

Dated: May 19, 2006    By: _____
                            Sylvia Sokol

DAVID J. MARSHALL
(marshall@kmblegal.com)
DEBRA S. KATZ
(katz@kmblegal.com)
KATZ, MARSHALL, BANKS, LLP
1718 Connecticut Ave., N.W.
Sixth Floor
Washington, D.C. 20009
Telephone: (202) 299-1140
Facsimile: (202) 299-1148

Attorneys for Plaintiffs
Roylene Ray and Kelly Cannon

//
//
//
//
//

| | |
|---|---|
| | **KIRKPATRICK & LOCKHART**<br>**NICHOLSON GRAHAM LLP** |
| Dated: May 19, 2006 | By: _[signature]_<br>William N. Hebert (SBN 136099)<br>630 Hansen Way<br>Palo Alto, CA 94304<br>Telephone: 650-798-6700<br>Facsimile: 650-798-6701<br><br>Attorneys for Defendant<br>BlueHippo Funding, LLC |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: May 22, 2006            _[signature] Jeffrey S. White_
                                           UNITED STATES DISTRICT JUDGE

The hearing on Defendant BlueHippo Funding LLC's motion to transfer is RESET for July 7, 2006 at 9:00 a.m.

---

2

STIP. EXTEND TIME TO RESPOND TO MOTION TO TRANSFER
Case No. C 06-1807 JSW