IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYLENE RAY and KELLY CANNON, individually and on behalf of other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLUEHIPPO FUNDING, LLC,<br><br>Defendant. | No. C 06-01807 JSW<br><br>**ORDER RE EX PARTE MOTIONS** |

The Court has received Plaintiffs' *ex parte* motion to modify the briefing schedule for Defendant's pending motion for transfer venue as well as Defendant's *ex parte* motion for relief from the initial scheduling order and to set simultaneous hearing on Defendant's motion for transfer venue and Plaintiffs' motion to amend. Having considered the positions of both parties, the Court HEREBY ORDERS:

- the motion to transfer and the motion to amend shall both be heard on July 7, 2006 at 9:00 a.m.;
- the oppositions to those motions shall be filed no later than June 16, 2006;
- the replies to those motions, if any, shall be filed no later than June 23, 2006;
- the parties are relieved from making initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure until 14 days after the Court issues its ruling on the pending motion to transfer venue.

**IT IS SO ORDERED.**

Dated: June 2, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE