| | |
|---|---|
| 1 | James C. Sturdevant (SBN 94551) |
| | E-mail: jim@sturdevantlaw.com |
| 2 | Sylvia M. Sokol (SBN 200126) |
| | E-mail: sylvia@sturdevantlaw.com |
| 3 | THE STURDEVANT LAW FIRM |
| | A Professional Corporation |
| 4 | 475 Sansome Street, Suite 1750 |
| | San Francisco, CA 94111 |
| 5 | Telephone: (415) 477-2410 |
| | Facsimile: (415) 477-2420 |
| 6 | |
| | DAVID J. MARSHALL |
| 7 | (marshall@kmblegal.com) |
| | DEBRA S. KATZ |
| 8 | (katz@kmblegal.com) |
| | KATZ, MARSHALL, BANKS, LLP |
| 9 | 1718 Connecticut Ave., N.W. |
| | Sixth Floor |
| 10 | Washington, D.C. 20009 |
| | Telephone: (202) 299-1140 |
| 11 | Facsimile: (202) 299-1148 |
| 12 | Attorneys for Plaintiffs |
| | ROYLENE RAY and KELLY CANNON |
| 13 | |
| 14 | William N. Hebert (SBN 136099) |
| | KIRKPATRICK & LOCKHART NICHOLSON |
| | GRAHAM LLP |
| 15 | 630 Hansen Way |
| | Palo Alto, CA 94304 |
| 16 | Telephone: (650) 798-6700 |
| | Facsimile: (650) 798-6701 |
| 17 | E-Mail: whebert@klng.com |
| 18 | Attorneys for Defendant |
| | BLUEHIPPO FUNDING, LLC |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ROYLENE RAY and KELLY CANNON, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUEHIPPO FUNDING, LLC,<br><br>Defendant. | Case No. C 06-1807 JSW<br><br>**STIPULATION REQUESTING AN EXTENSION OF TIME *NUNC PRO TUNC* FOR PLAINTIFFS TO FILE THEIR RESPONSE TO DEFENDANT BLUEHIPPO FUNDING, LLC's, MOTION TO TRANSFER VENUE**<br>[Civ. L.R. 6-2(a)] |
|---|---|

Plaintiffs Roylene Ray and Kelly Cannon and Defendant BlueHippo Funding, LLC, by and through undersigned counsel and pursuant to Civil Local Rule 6-2(a), hereby filed this stipulation requesting that the Court issue an order allowing plaintiffs up to and including June 19, 2006, *nunc pro tunc,* to file their [corrected] response to Defendant BlueHippo Funding, LLC's, Motion to Transfer Venue.

Defendant has agreed to this stipulation at plaintiffs' request. The grounds for this request are set forth in the attached Declaration of David J. Marshall.

KATZ, MARSHALL & BANKS, LLP

By: _David J. Marshall_

David J. Marshall

Attorneys for Plaintiffs
Roylene Ray and Kelly Cannon

KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP

By: _William N. Hebert_

William N. Hebert

Attorneys for Defendant
BlueHippo Funding, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: June 19, 2006

_Jeffrey S. White_
UNITED STATES DISTRICT JUDGE

2

STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO TRANSFER
CASE NO. C-06-1807 JSW