IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYLENE RAY and KELLY CANNON, individually and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLUEHIPPO FUNDING, LLC,<br><br>Defendant. | No. C 06-01807 JSW<br><br>**ORDER ISSUING STAY** |

Now before the Court is Defendant BlueHippo Funding, LLC's motion to transfer venue to the United States District Court for the District of Maryland and Plaintiffs Roylene Ray and Kelly Cannon's motion for leave to amend the first amended complaint.

The Court, in its discretion, defers to the jurisdiction of the District Court for the District of Maryland under principles of federal comity. In order to avoid placing an unnecessary burden on either court, to further judicial economy and efficiency, and to avoid the possibility of conflicting judgments, this Court shall STAY the disposition of the pending motions until the Maryland court has resolved the pending motions in its related case, *Hill-Rodriguez et al. v. BlueHippo Funding, LLC et al.*, 06-00750-WDQ. *See Church of Scientology of California v. United States Department of the Army*, 611 F.2d 738, 749-750 (9th Cir. 1980) (finding that deference to another district court was appropriate where an issue is properly before the other district even where the matter was not first filed).

The parties shall meet and confer in person and submit a joint status report within 10 days of the resolution of the pending motions in the related Maryland action, informing this Court of those rulings and, as a result, the relief the parties still seek from this Court with regard to the pending motions and this action generally.

In light of the stay of this matter, the hearing on the motions and the Case Management Conference set for July 7, 2006 at 9:00 a.m. are HEREBY VACATED. Both shall be reset by further order of this Court, if necessary.

**IT IS SO ORDERED.**

Dated: July 6, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE