IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROYLENE RAY and KELLY CANNON, individually and on behalf of other similarly situated,

    Plaintiffs,

  v.

BLUEHIPPO FUNDING, LLC,

    Defendant.

No. C 06-01807 JSW

**ORDER REGARDING CLARIFICATION OF STAY ORDER**

    Now before the Court is Defendant BlueHippo Funding, LLC's and Plaintiffs Roylene Ray and Kelly Cannon's joint request for clarification of this Court's July 6, 2006 order issuing stay. In that order, the Court deferred to the jurisdiction of the District Court for the District of Maryland under principles of federal comity and stayed the disposition of the pending motions in this matter until the Maryland court has resolved the pending motions in its related case, *Hill-Rodriguez et al. v. BlueHippo Funding, LLC et al.*, 06-00750-WDQ. In addition, the Court stated that, in light of the stay of this matter, the hearing on the motions and the Case Management Conference were vacated.

    The Court intended to make clear that the entire matter, including discovery and all case-related deadlines, shall remain stayed until resolution of the motions in the related case. Principles of comity and efficiency so dictate.

    **IT IS SO ORDERED.**

Dated: August 9, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE