IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROYLENE RAY and KELLY CANNON,
individually and on behalf of other similarly
situated,

        Plaintiffs,

  v.

BLUEHIPPO FUNDING, LLC,

        Defendant.

No. C 06-01807 JSW

**ORDER REQUIRING JOINT STATUS REPORT**

The Court HEREBY ORDERS the parties to submit a joint status report addressing the impact of the order dated March 1, 2007 from the District of Maryland, Case No. WDQ-06-0750. This Court is particularly interested in addressing the question whether this matter should be transferred to the District of Maryland for resolution. The parties shall submit their joint status report by no later than March 12, 2007.

**IT IS SO ORDERED.**

Dated: March 5, 2007

                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE