IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYLENE RAY and KELLY CANNON, individually and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLUEHIPPO FUNDING, LLC,<br><br>Defendant. | No. C 06-01807 JSW<br><br>**ORDER REGARDING DISCOVERY LETTER** |

Now before the Court is Defendant BlueHippo Funding, LLC's and Plaintiffs Roylene Ray and Kelly Cannon's joint letter brief dated October 3, 2007 setting out the parties' dispute over their current discovery obligations.

To the extent there are outstanding discovery requests that bear on issues relating to the proper venue of this matter, those discovery requests are not stayed. To the extent there are outstanding discovery requests that do not bear on the issue of venue, that discovery is stayed. Should the parties dispute the nature of the particular discovery requests, the parties may file another joint letter brief, attaching the particular requests, for the Court's review.

**IT IS SO ORDERED.**

Dated: October 10, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE