IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYLENE RAY and KELLY CANNON, individually and on behalf of other similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>BLUEHIPPO FUNDING, LLC,<br><br>    Defendant. | No. C 06-01807 JSW<br><br>**ORDER SETTING BRIEFING AND HEARING SCHEDULE** |

Plaintiffs have filed a motion to amend or correct the amended complaint and set the hearing on November 2, 2007. Defendants have filed a motion to transfer venue and set the hearing on December 7, 2007. The Court HEREBY VACATES the November 2, 2007 hearing date and resets both motions to be heard simultaneously on December 7, 2007 at 9:00 a.m.

In addition, the Court HEREBY ORDERS that oppositions to the motions shall be filed by no later than October 26, 2007 and any reply briefs shall be filed by no later than November 2, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: October 10, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE