JAMES C. STURDEVANT (CA SBN 94551)
(jsturdevant@sturdevantlaw.com)
MONIQUE OLIVIER (CA SBN 190385)
(molivier@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
475 Sansome Street, Suite 1750
San Francisco, CA 94111
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

DAVID J. MARSHALL
(marshall@kmblegal.com)
DEBRA S. KATZ
(katz@kmblegal.com)
KATZ, MARSHALL, BANKS, LLP
1718 Connecticut Ave., N.W.
Sixth Floor
Washington, D.C. 20009
Telephone: (202) 299-1140
Facsimile: (202) 299-1148

Attorneys for Plaintiffs
ROYLENE RAY and KELLY CANNON

Additional Counsel on Signature Page

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROYLENE RAY and KELLY CANNON, individually and on behalf of others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>BLUEHIPPO FUNDING, LLC,<br><br>  Defendant. | Case No. C 06-1807 JSW<br><br>**STIPULATION REQUESTING AN EXTENSION OF TIME FOR THE PARTIES TO FILE THEIR OPPOSITIONS TO THE PENDING MOTIONS TO AMEND THE COMPLAINT AND FOR TRANSFER OF VENUE [Civ. L.R. 6-2(a)]**<br><br>**AND ORDER THEREON** |

1  Plaintiffs Roylene Ray and Kelly Cannon and Defendant BlueHippo Funding, LLC, by and
2  through undersigned counsel and pursuant to Civil Local Rule 6-2(a), hereby filed this stipulation
3  requesting that the Court issue an order allowing the parties until November 2, 2007, to file their
4  oppositions to plaintiffs' pending motion to amend their complaint and defendant's motion to transfer
5  venue, and allowing the parties until November 9, 2007, to file their reply briefs.  The grounds for
6  this request are set forth in the attached Declaration of David J. Marshall.

KATZ, MARSHALL & BANKS, LLP

By:   \_\_\_\_\_/s/_____
      David J. Marshall

Attorneys for Plaintiffs
Roylene Ray and Kelly Cannon


KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

By:   \_\_\_\_\_/s/_____
      Ramiz I. Rafeedie

Attorneys for Defendant
BlueHippo Funding, LLC


PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated:  October 26, 2007

_____
UNITED STATES DISTRICT JUDGE

Stipulation Requesting Extension of Time for Oppositions to Pending Motions
October 25, 2007
Page 2 of 2