IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYLENE RAY and KELLY CANNON, individually and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLUEHIPPO FUNDING, LLC,<br><br>Defendant.<br>_____/ | No. C 06-01807 JSW<br><br>**ORDER REGARDING VENUE DISCOVERY LETTER DISPUTE** |

Now before the Court is Defendant BlueHippo Funding, LLC's and Plaintiffs Roylene Ray and Kelly Cannon's joint letter brief dated October 25, 2007 setting out the parties' dispute over their current discovery obligations.

The Court finds that the disputed, and significantly narrowed, discovery requests may potentially bear on issues relating to the proper venue of this matter. Therefore, those discovery requests are not stayed and the requested documents should be produced forthwith.

**IT IS SO ORDERED.**

Dated: October 26, 2007

_Jeffrey S. White_
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE