Robert M. Bramson (CBN 102006)
rbramson@bramsonplutzik.com
**BRAMSON, PLUTZIK,**
 **MAHLER & BIRKHAEUSER, LLP**
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

David J. Marshall
marshall@kmblegal.com
Debra S. Katz
dkatz@kmblegal.com
**KATZ, MARSHALL, BANKS, LLP**
1718 Connecticut Ave., N.W., Sixth Floor
Washington, D.C. 20009
Telephone: (202) 299-1140
Facsimile: (202) 299-1148
Attorneys for Plaintiff
ROYLENE RAY, KELLY CANNON,
KARLA HODGES AND LAKETA COULTER

Edward P. Sangster (SBN 121041)
ed.sangster@klgates.com
Ramiz I. Rafeedie (SBN 215070)
ramiz.rafeedie@klgates.com
**KIRKPATRICK & LOCKHART**
**PRESTON GATES ELLIS LLP**
55 Second Street, 17th Floor
San Francisco, CA 94102
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
Attorneys for Defendant
BLUEHIPPO FUNDING, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROYLENE RAY, KELLY CANNON, KARLA HODGES, and LAKETA COULTER individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>BLUEHIPPO FUNDING, LLC,<br><br>Defendant. | Case No. C 06-1807 JSW<br><br>**STIPULATION REQUESTING AN EXTENSION OF TIME FOR DEFENDANT BLUEHIPPO FUNDING LLC TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT AND [PROPOSED] ORDER** |

Defendant BlueHippo Funding, LLC and Plaintiffs Roylene Ray, Kelly Cannon, Karla Hodges and Laketa Coulter, by and through undersigned counsel and pursuant to Civil Local Rule 6-2(a), hereby file this stipulation requesting that this Court issue an order allowing BlueHippo a one-week extension until January 3, 2008, to file its response to Plaintiffs' Second Amended Complaint. The parties further stipulate that Plaintiffs will have an additional one week to oppose any motion BlueHippo may file in response to Plaintiffs' Second Amended Complaint. The grounds for this request are set forth in the attached Declaration of Ramiz I. Rafeedie.

Dated: December 21, 2007    By:    /s/
　　　　　　　　　　　　　　　　Robert M. Bramson (CBN 102006)
　　　　　　　　　　　　　　　　**BRAMSON, PLUTZIK,**
　　　　　　　　　　　　　　　　 **MAHLER & BIRKHAEUSER, LLP**

　　　　　　　　　　　　　　　　David J. Marshall
　　　　　　　　　　　　　　　　Debra S. Katz
　　　　　　　　　　　　　　　　**KATZ, MARSHALL, BANKS, LLP**
　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　ROYLENE RAY, KELLY CANNON,
　　　　　　　　　　　　　　　　KARLA HODGES AND LAKETA COULTER

Dated: December 21, 2007    By:    /s/
　　　　　　　　　　　　　　　　Edward P. Sangster
　　　　　　　　　　　　　　　　Ramiz I. Rafeedie
　　　　　　　　　　　　　　　　**KIRKPATRICK & LOCKHART PRESTON**
　　　　　　　　　　　　　　　　**GATES ELLIS LLP**
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　BLUEHIPPO FUNDING, LLC

**PURSUANT TO STIPULATION IT IS SO ORDERED**

Dated: December 26, 2007

　　　　　　　　　　　　　　　　_Jeffrey S. White_
　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE