IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROYLENE RAY and KELLY CANNON, individually and on behalf of other similarly situated,

Plaintiffs,

v.

BLUEHIPPO FUNDING, LLC and GATEWAY, INC.,

Defendants.

No. C 06-01807 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO AMEND SECOND AMENDED COMPLAINT**

Plaintiffs have filed a motion to for leave to amend the second amended complaint and set the hearing on April 11, 2008. Due to the Court's calendar, the hearing is RESET for April 18, 2008 at 9:00 a.m. The Court HEREBY ORDERS that Defendants shall file an opposition by no later than March 6, 2008 and Plaintiffs shall file a reply by no later than March 13, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: February 21, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE