IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROYLENE RAY and KELLY CANNON,
individually and on behalf of other similarly
situated,

    Plaintiffs,

  v.

BLUEHIPPO FUNDING, LLC,

    Defendant.

No. C 06-01807 JSW

**ORDER RE DISCOVERY DISPUTE; REFERRING DISCOVERY TO MAGISTRATE JUDGE AND SETTING CASE MANAGEMENT CONFERENCE**

Now before the Court is the parties' joint letter dated February 21, 2008 regarding discovery in this matter. Although the stay in this matter was lifted by virtue of the resolution of the previously pending motions to dismiss and to transfer venue, the Court recognizes the need for the parties to meet and confer to address their respective ongoing discovery demands and duties due to the change in circumstances since this litigation was first instituted. The Court is also mindful of Plaintiffs' long-outstanding discovery.

Therefore, the Court HEREBY SETS a case management conference for March 7, 2008 at 1:30 p.m., the first available date on the Court's calendar. The parties' joint case management statement shall be filed no later than February 29, 2008. The parties shall meet and confer, *in person*, for a Rule 26 conference prior to the filing of the joint case management statement to develop a discovery plan. In addition, pursuant to Local Rule 72-1, all further discovery disputes in this matter are HEREBY REFERRED to a randomly-assigned magistrate

judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: February 25, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom