Robert M. Bramson (CBN102006)
**BRAMSON, PLUTZIK,**
**MAHLER & BIRKHAEUSER, LLP**
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

Attorneys for Plaintiffs

Edward P. Sangster (SBN 121041)
Ramiz I. Rafeedie (SBN 215070)
**KIRKPATRICK & LOCKHART**
**PRESTON GATES ELLIS LLP**
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone:  (415) 882-8200
Facsimile:  (415) 882-8220

Attorneys for Defendant
BLUEHIPPO FUNDING, LLC

Jeffery D. McFarland (Bar No. 157628)
Stan Karas (Bar NO. 222402)
**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Defendant Gateway, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROYLENE RAY, KELLY CANNON, KARLA HODGES and LAKETA COULTER, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUEHIPPO FUNDING, LLC, and GATEWAY, INC.,<br>Defendants. | Case No. C 06-1807 JSW<br><br>**JOINT PROPOSED PRETRIAL SCHEDULE AND ORDER THEREON**<br><br>Date:    May 9, 2008<br>Time:    9:00 a.m.<br>Ctrm:    2, The Honorable Jeffrey White |

**JOINT SUBMISSION REGARDING DATES AND SCHEDULE**
**Case No. C 06-1807 JSW**

Pursuant to the Court's Order of March 7, 2008, and in accordance with the Local Rules of Practice in Civil Proceedings and the Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases Before the Honorable Jeffery S. White, the parties jointly submit this Proposed Pretrial Schedule. The parties propose the following schedule:

| Date | Event |
| --- | --- |
| May 2, 2008 | Joint case management statement due (as ordered) |
| May 9, 2008 | Case Management Conference (as ordered) |
| October 15, 2008 | Last day to file motions regarding class certification, with briefing schedule to follow local court rules. |
| February 17, 2009 | Close of fact discovery. |
| March 2, 2009 | Plaintiffs identify experts and produce expert reports. |
| March 16, 2009 | Defendants identify experts and produce expert reports. |
| March 30, 2009 | Parties serve supplemental expert disclosures and reports. |
| April 20, 2009 | Last day for completing expert depositions. |
| May 20, 2009 | Last day to file dispositive motions, with briefing schedule to follow local court rules. |
| July 8, 2009 | Parties serve opening briefs in support of motions *in limine*. |
| July 20, 2009 | Parties serve oppositions to motions *in limine*. |
| July 27, 2009 | The following papers are due: 1) joint pretrial statement, 2) joint proposed jury instructions and supporting memoranda, 3) joint proposed *voir dire* questions, 4) joint motions *in limine* binder, and 5) trial briefs on issues of law. |
| August 10, 2009 | Final pretrial conference. |
| August 31, 2009 | Trial. |

KATZ, MARSHALL & BANKS, LLP

Dated:  March 14, 2008                    By:         /s/
                                                David J. Marshall
                                                Attorneys for  Plaintiffs Roylene Ray, Kelly
                                                Cannon, Karla Hodges and Laketa Coulter


KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

Dated:  March 14, 2008                    By:         /s/
                                                Edward P. Sangster
                                                Ramiz Rafeedie
                                                Attorneys for Defendant
                                                BlueHippo Funding, LLC


QUINN EMANUAL URQUHART
OLIVER & HEDGES, LLP

Dated:  March 14, 2008                    By:         /s/
                                                Jeffery D. McFarland
                                                Stan Karas
                                                Attorneys for Defendant Gateway, Inc.

IT IS SO ORDERED
Judge Jeffrey S. White

Dated:  March 18, 2008

2

**JOINT SUBMISSION REGARDING DATES AND SCHEDULE**
**Case No. C 06-1807 JSW**