UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROYLENE RAY, KELLY CANNON, KARLA HODGES and LAKETA COULTER, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUEHIPPO FUNDING, LLC, BLUEHIPPO CAPITAL, LLC, and GATEWAY, INC.,<br><br>Defendants. | Case No. C-06-1807 JSW<br><br>**[PROPOSED] ORDER ACCEPTING SUBSTITUTION OF ATTORNEYS**<br><br>**CLASS ACTION** |

Having considered the Substitution of Attorneys, filed on June 5, 2008 in which:

(1) Defendants BlueHippo Funding, LLC and BlueHippo Capital, LLC consented to

and acknowledged the substitution of the law firm of Farella Braun + Martel LLP

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER ACCEPTING
SUBSTITUTION OF ATTORNEYS
Case No. C-06-1807 JSW

23304\1608177.1

1 | as their counsel of record in the place and stead of the law firm of Kirkpatrick &
2 | Lockhart Preston Gates Ellis LLP;
3 | (2) The law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP acknowledged
4 | and agreed to said substitution;
5 | (3) The law firm of Farella Braun + Martel LLP accepted said substitution; and
6 | (4) The parties to the above captioned action and their counsel of record, as shown on
7 | the Proof of Service attached to the filed Substitution of Attorneys, received notice
8 | of said substitution.

IT IS HEREBY ORDERED that the substitution of the law firm of Farella Braun + Martel LLP as counsel of record for defendants BlueHippo Funding, LLC and BlueHippo Capital, LLC in the place and stead of the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP is hereby ACCEPTED.

All further pleadings, correspondence and communications should be directed to Defendants BlueHippo Funding, LLC and BlueHippo Capital, LLC through their new counsel of record:

> Douglas R. Young (State Bar No. 073248)
> dyoung@fbm.com
> C. Brandon Wisoff (State Bar No. 121930)
> bwisoff@fbm.com
> Anthony P. Schoenberg (State Bar No. 203714)
> tschoenberg@fbm.com
> Morgan T. Jackson (State Bar No. 250910)
> mjackson@fbm.com
> Farella Braun + Martel LLP
> 235 Montgomery Street, 17th Floor
> San Francisco, CA 94104
> Telephone: (415) 954-4400
> Facsimile: (415) 954-4480

IT IS SO ORDERED.

DATED: June _9_, 2008

_____
Judge Jeffrey S. White
United States District Court

[PROPOSED] ORDER ACCEPTING SUBSTITUTION OF ATTORNEYS
Case No. C-06-1807 JSW

- 2 -