United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYLENE RAY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>BLUEHIPPO FUNDING, LLC, *et al.*,<br><br>    Defendants.<br>_____/ | No. C-06-1807 JSW (EMC)<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR ENLARGEMENT OF PAGE LIMIT FOR PLAINTIFFS' MOTION TO COMPEL DISCOVERY; AND REQUIRING MEET AND CONFER**<br><br>**(Docket No. 138)** |

      Having reviewed the parties' briefs and accompanying submissions, as well as all other evidence of record, the Court hereby **DENIES** Plaintiffs' motion for enlargement of page limit for their (intended) motion to compel discovery.

      The Court further orders that the parties appear in this courthouse, located at 450 Golden Gate Avenue, San Francisco, California 94102, to conduct an in-person meet and confer to resolve their outstanding discovery dispute. The parties should be prepared to meet and confer for the entire day, if necessary. The meet and confer shall be monitored by court staff to ensure that it is conducted in good faith. Either lead counsel or counsel with full and complete authority on discovery matters must participate in the meet and confer. The Court forewarns the parties that, if either side advocates an unreasonable position, it risks the imposition of sanctions should judicial intervention be required.

      The meet and confer shall take place in this courthouse no later than June 18, 2008. The parties shall confer to determine a mutually agreeable date for the meet and confer and shall inform

1  Betty Fong, the courtroom deputy (at (415) 522-2034), as to the date selected by the parties. The
2  parties shall report to the undersigned's courtroom on the 15th floor for the meet and confer at 9:00
3  a.m. on the selected date.

5     IT IS SO ORDERED.

7  Dated:  June 12, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge