IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYLENE RAY and KELLY CANNON, individually and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLUEHIPPO FUNDING, LLC,<br><br>Defendant.<br>_____/ | No. C 06-01807 JSW<br><br>**ORDER SETTING STATUS CONFERENCE AND SETTING BRIEFING SCHEDULE ON MOTION TO AMEND** |

Now before the Court is Defendant BlueHippo Funding, LLC's administrative motion to continue deadlines and Plaintiffs' motion for expedited briefing and Plaintiffs' motion for leave to amend the third amended complaint. Plaintiffs did not file a timely opposition to the administrative motion to continue deadlines.

The Court HEREBY SETS a status conference to address the upcoming deadlines in this matter and to require the parties to engage in a productive meet and confer process about the procedural status of this matter ongoing. The status conference shall be held on Friday, September 5, 2008 at 1:30 p.m. The parties joint status conference statement outlining the upcoming deadlines and pending motions shall be filed by no later than August 29, 2008. The parties shall meet and confer in order to submit the joint statement.

Further, as of this date, Plaintiffs' motion for leave to amend the third amended complaint is set for a hearing on December 5, 2008. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than September 3, 2008 and a reply brief shall be filed by no later than September 10, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this

schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: August 21, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California