ROBERT M. BRAMSON (CBN 102006)
(rbramson@bramsonplutzik.com)
BRAMSON, PLUTZIK,
 MAHLER & BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

DAVID J. MARSHALL
(marshall@kmblegal.com)
DEBRA S. KATZ
(katz@kmblegal.com)
KATZ, MARSHALL, BANKS, LLP
1718 Connecticut Ave., N.W.
Sixth Floor
Washington, D.C.  20009
Telephone: (202) 299-1140
Facsimile: (202) 299-1148

Attorneys for Plaintiffs
ROYLENE RAY, KELLY CANNON,
KARLA HODGES and LAKETA COULTER

Additional Counsel on Signature Page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ROYLENE RAY, *et al.*<br><br>                          Plaintiffs,<br><br>v.<br><br>BLUEHIPPO FUNDING, LLC, *et al.*<br><br>                          Defendants. | Case No.  C 06-1807 JSW<br><br>**PLAINTIFFS' REQUEST THAT OUT-OF-TOWN COUNSEL BE PERMITTED TO ATTEND THE SEPTEMBER 5, 2008 STATUS CONFERENCE BY TELEPHONE; [PROPOSED] ORDER** |

1
2    Plaintiffs request that Gary Peller, co-lead trial counsel, be permitted to attend by
3 telephone the September 5, 2008, 1:30 p.m. status conference.
4    Robert Bramson, co-lead counsel with offices in Walnut Creek, will attend the
5 conference in person. Gary Peller will be available at (202) 662-9122.

6                                         Respectfully submitted,

7 DATED:   September 2, 2008              _____/s/_____
8                                         Gary Peller
9                                         (peller@law.georgetown.edu)
10                                        Professor of Law
11                                        GEORGETOWN UNIVERSITY LAW
12                                        CENTER
13                                        600 New Jersey Avenue, N.W.
14                                        Washington, D.C. 20001
15                                        Telephone:  (202) 662-9122
16                                        Facsimile:  (202) 662-9608

### ORDER

Good cause appearing, counsel Gary Peller may appear by telephone at the hearing on September 5, 2008, at 1:30 p.m.

IT IS SO ORDERED.

DATED: September 2, 2008

_____
Jeffrey S. White
Judge, United State District Court