**United States District Court**
For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                        NORTHERN DISTRICT OF CALIFORNIA
7
8    ROYLENE RAY, *et al.*,                         No. C-06-1807 JSW (EMC)
9            Plaintiffs,
                                                    **ORDER RE CONFERENCE CALL ON**
10       v.                                          **SEPTEMBER 30, 2008**
11   BLUEHIPPO FUNDING, LLC, *et al.*,
12           Defendants.
13   _____/
14
15          The Court held a conference call on September 30, 2008, to address a discovery dispute
16   between the parties regarding two requests for admission ("RFAs").
17          Plaintiffs' motion to compel with respect to RFA No. 16 is granted.  The RFA has some
18   relevance to class certification and does not impose an undue burden.  The response to the RFA shall
19   be served within twenty-five (25) days of the date of the conference call.
20          Plaintiffs' motion to compel with respect to RFA No. 37 is denied.  The RFA has at best
21   marginal relevance to class certification, and the burden on BlueHippo to provide a response
22   outweighs what limited probative value the discovery has.
23
24          IT IS SO ORDERED.
25
26   Dated:  September 30, 2008
27                                                  _____
                                                    EDWARD M. CHEN
28                                                  United States Magistrate Judge