Robert M. Bramson (SBN 102006)
rbramson@bramsonplutzik.com
BRAMSON, PLUTZIK, MAHLER &
 BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8972

Attorneys for Plaintiffs
ROYLENE RAY, KELLY CANNON, KARLA
HODGES and LAKETA COULTER

Additional Counsel on Signature Page

Douglas R. Young (SBN 073248)
dyoung@fbm.com
C. Brandon Wisoff (SBN 121930)
bwisoff@fbm.com
Anthony P. Schoenberg (SBN 203714)
tschoenberg@fbm.com
Morgan Jackson (SBN 250910)
mjackson@fbm.com
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants
BLUEHIPPO FUNDING, LLC and
BLUEHIPPO CAPITAL, LLC

Jeffrey D. McFarland (SBN 157628)
 jeffmcfarland@quinnemanuel.com
Stan Karas (SBN 222402)
 stankaras@quinnemanuel.com
QUINN EMANUEL URQUHART
 OLIVER & HEDGES
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendant GATEWAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROYLENE RAY, KELLY CANNON, KARLA HODGES and LAKETA COULTER, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUEHIPPO FUNDING, LLC, BLUEHIPPO CAPITAL, LLC and GATEWAY, INC.,<br><br>Defendants. | Case No. C-06-1807 JSW EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONFIDENTIALITY OF SETTLEMENT DISCUSSIONS IN CONNECTION WITH CONTEMPLATED NOVEMBER 10, 2008 MEDIATION**<br><br>Hon. Jeffrey S. White<br>Courtroom 2, 17th Floor<br><br>Trial Date: December 14, 2009 |

All parties hereto, through their counsel of record, hereby stipulate and ask the Court to order as follows:

1. The parties have scheduled a mediation for November 10, 2008 before the Hon. Richard Hodge (Retired) of ADR Services, Inc.

2. In order to prepare for the November 10 mediation, the parties would like the flexibility of having certain settlement discussions among themselves prior to the mediation date without the concern that any such discussions would be excluded from the privileges and confidentiality provisions associated with a mediation, including without limitation, California Evidence Code § 1115 *et seq.*

3. The parties therefore stipulate that any and all discussions, whether orally or in writing, concerning potential settlement of this matter prior to the date of the November 10 mediation shall be deemed to be protected by the same privileges and confidentiality provisions as would apply had those discussions taken place during the course of an actual mediation.

SO STIPULATED.

Dated: October 7, 2008

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

By: /s/
Robert M. Bramson

David J. Marshall
marshall@kmblegal.com
Debra S. Katz
katz@kmblegal.com
KATZ, MARSHALL, BANKS, LLP
1718 Connecticut Ave., N.W., Sixth Floor
Washington, D.C. 20009
Telephone: (202) 299-1140
Facsimile: (202) 299-1148

Gary Peller
peller@law.georgetown.edu
Professor of Law
GEORGETOWN UNIVERSITY LAW
 CENTER
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 662-9122
Facsimile: (202) 662-9680

Attorneys for Plaintiffs
ROYLENE RAY, KELLY CANNON,
KARLA HODGES and LAKETA COULTER

STIP. & [PROP] ORDER RE CONFIDENTIALITY
OF SETTLE. Case No. C-06-1807 - 1 - 23304\1723663.1

| | | |
|---|---|---|
| 1 | Dated: October 7, 2008 | QUINN EMANUEL URQUHART OLIVER & HEDGES |
| 2 | | |
| 3 | | By: _____/s/_____<br>Jeffrey D. McFarland |
| 4 | | Attorneys for Defendant |
| 5 | | GATEWAY, INC. |
| 6 | Dated: October 7, 2008 | FARELLA BRAUN & MARTEL LLP |
| 7 | I represent that concurrence in the filing of this document has been obtained from each of the other signatories which shall serve in lieu of their signatures on this document. | By: _____/s/_____<br>C. Brandon Wisoff |
| 8 | | |
| 9 | | Attorneys for Defendants |
| 10 | | BLUEHIPPO FUNDING, LLC and BLUEHIPPO CAPITAL, LLC |

**ORDER**

Pursuant to the above-referenced stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: _October 8, 2008_, 2008

_____
Hon. Jeffrey S. White
United States District Judge