UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYLENE RAY, *et al.*, | No. C-06-1807 JSW (EMC) |
| Plaintiffs, | |
| v. | **ORDER SCHEDULING MEET AND CONFER AND HEARING** |
| BLUEHIPPO FUNDING, LLC, *et al.*, | |
| Defendants. | |
| _____/ | |

    The parties in the above-referenced case have informed the Court that they have disputes over various discovery matters. The Court hereby orders as follows.

    The parties shall immediately engage in a telephonic meet-and-confer to discuss each of the discovery disputes and shall take into account the guidance provided by this Court in the pending disputes. If the parties are unable to reach agreement by telephone, then the parties shall file a joint letter with the Court by **3:00 p.m., December 2, 2008**. For the joint letter, the parties shall provide, for each issue, one *short* paragraph each as to their respective positions on the discovery dispute. Any relevant legal authority should be cited. In addition, if there are specific discovery requests at issue, copies of the requests should be attached to the joint letter.

    An in-person meet and confer shall be held in the undersigned's courtroom on **December 4, 2008, at 9:00 a.m.** At this meet and confer, the parties shall discuss the issues in their joint letter to determine whether they can reach any agreement. If not, then the Court shall hold a hearing that same day at **2:30 p.m.** The parties should be prepared to inform the Court what compromises or offers were made during the in-person meet and confer. For the in-person meet and confer and/or

hearing, the Court shall require the presence of Gary Peller (counsel for Plaintiffs) and Brandon Wishoff (counsel for BlueHippo).  Mr. Peller has asked to be given relief from appearing in person; that request is denied.

IT IS SO ORDERED.

Dated:  November 25, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

2