UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYLENE RAY, *et al.*, | No. C-06-1807 JSW (EMC) |
|         Plaintiffs, | |
| v. | **ORDER RESCHEDULING MEET AND CONFER AND HEARING** |
| BLUEHIPPO FUNDING, LLC, *et al.*, | |
|         Defendants. | |
| _____/ | |

Previously, the Court issued an order requiring an in-person meet and confer on December 4, 2008, to be followed by a hearing on the same date if the parties' discovery disputes were not resolved. Plaintiffs have moved for relief from that order. *See* Docket No. 225.

The Court hereby **GRANTS** in part and **DENIES** in part Plaintiffs' request for relief. The Court shall not waive the in-person meet and confer requirement. However, it shall reschedule the in-person meet and confer to **December 10, 2008, at 9:00 a.m.** There shall be a hearing at **3:00 p.m.** on the same date if the discovery disputes are not resolved at the in-person meet and confer. As previously ordered, the Court shall require the presence of Gary Peller (counsel for Plaintiffs) and Brandon Wishoff (counsel for BlueHippo).

///
///
///
///
///

Consistent with the Court's previous order, the parties must engage in a telephonic meet-and-confer to discuss each of the discovery disputes prior to the in-person meet and confer. The in-person meet and confer shall take place only if the telephonic meet and confer is not successful. Should the in-person meet and confer be necessary, then the parties shall file a joint letter with the Court by **3:00 p.m., December 5, 2008**.

IT IS SO ORDERED.

Dated: December 1, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge