| | |
|---|---|
| Robert M. Bramson (SBN 102006)<br>rbramson@bramsonplutzik.com<br>BRAMSON, PLUTZIK, MAHLER &<br>   BIRKHAEUSER, LLP<br>2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA 94598<br>Telephone: (925) 945-0200<br>Facsimile: (925) 945-8972<br><br>Attorneys for Plaintiffs<br>ROYLENE RAY, KELLY CANNON, KARLA<br>HODGES and LAKETA COULTER<br><br>Additional Counsel on Signature Page | Douglas R. Young (SBN 073248)<br>dyoung@fbm.com<br>C. Brandon Wisoff (SBN 121930)<br>bwisoff@fbm.com<br>Anthony P. Schoenberg (SBN 203714)<br>tschoenberg@fbm.com<br>Morgan Jackson (SBN 250910)<br>mjackson@fbm.com<br>FARELLA BRAUN & MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br><br>Attorneys for Defendants<br>BLUEHIPPO FUNDING, LLC and<br>BLUEHIPPO CAPITAL, LLC |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ROYLENE RAY, KELLY CANNON, KARLA HODGES and LAKETA COULTER, individually and on behalf of others similarly situated,<br><br>              Plaintiffs,<br><br>vs.<br><br>BLUEHIPPO FUNDING, LLC, BLUEHIPPO CAPITAL, LLC and GATEWAY, INC.,<br><br>              Defendants. | Case No. C-06-1807 JSW EMC<br><br>**DISCOVERY**<br><br>**<u>JOINT REQUEST TO VACATE HEARING</u>**<br><br>Hearing Date: December 10, 2008<br>Time: 3:00 p.m.<br>Before: Magistrate Judge Edward Chen<br><br>Trial Date: December 14, 2009<br><br>ORDER |

      Plaintiffs Roylene Ray, Kelly Cannon, Karla Hodges and Laketa Coulter ("Plaintiffs") and Defendants BlueHippo Funding, LLC and BlueHippo Capital, LLC (collectively "BlueHippo") jointly request that the Court vacate the discovery hearing currently set for December 10, 2008 at 3:00 p.m., along with the related meet and confer session set for 9:00 a.m. on December 10, 2008.

---

JOINT REQUEST TO VACATE HEARING
Case No. C 06-1807

23304\1781711.1

Plaintiffs and BlueHippo have resolved the discovery disputes that were to be the subject of the December 10 meet and confer session and hearing. The terms of that resolution are set forth in the email communications attached hereto as Exhibit A. Thus, there is no longer any need for the scheduled hearing or meet and confer session.

Dated: December 5, 2008

By: _____/s/_____
      Gary Peller

Gary Peller
peller@law.georgetown.edu
Professor of Law
GEORGETOWN UNIVERSITY LAW
   CENTER
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 662-9122
Facsimile: (202) 662-9680

Robert M. Bramson (SBN 102006)
rbramson@bramsonplutzik.com
BRAMSON, PLUTZIK, MAHLER &
   BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8972

David J. Marshall
marshall@kmblegal.com
Debra S. Katz
katz@kmblegal.com
KATZ, MARSHALL, BANKS, LLP
1718 Connecticut Ave., N.W., Sixth Floor
Washington, D.C. 20009
Telephone: (202) 299-1140
Facsimile: (202) 299-1148

Attorneys for Plaintiffs
ROYLENE RAY, KELLY CANNON,
KARLA HODGES and LAKETA COULTER

| | | |
|---|---|---|
| 1 | Dated: December 5, 2008 | FARELLA BRAUN & MARTEL LLP |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | C. Brandon Wisoff |
| 5 | | Attorneys for Defendants<br>BLUEHIPPO FUNDING, LLC and<br>BLUEHIPPO CAPITAL, LLC |
| 6 | | |
| 7 | | *I hereby attest that I have received authority from the other counsel signatories to file this document.* |

12  IT IS SO ORDERED, the 12/10/08 meet and confer and hearing are taken off calendar.

_____
EDWARD M. CHEN
U.S. Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
[Signature: Judge Edward M. Chen]
[Seal: United States District Court, Northern District of California]

JOINT REQUEST TO VACATE HEARING
Case No. C-06-1807

- 2 -

23304\1781711.1