Robert M. Bramson (SBN 102006)
rbramson@bramsonplutzik.com
BRAMSON, PLUTZIK, MAHLER &
    BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8972

Attorneys for Plaintiffs
ROYLENE RAY, KELLY CANNON, KARLA
HODGES, LAKETA COULTER, LINDA
PULLUM, MAYRA AYAR, ESPERANZA
OCHOA and JANIS SHOEMAKER

Additional Counsel on Signature Page


Jeffrey D. McFarland (SBN 157628)
    jeffmcfarland@quinnemanuel.com
Stan Karas (SBN 222402)
    stankaras@quinnemanuel.com
QUINN EMANUEL URQUHART
    OLIVER & HEDGES
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendant GATEWAY, INC.

Douglas R. Young (SBN 073248)
dyoung@fbm.com
C. Brandon Wisoff (SBN 121930)
bwisoff@fbm.com
Anthony P. Schoenberg (SBN 203714)
tschoenberg@fbm.com
Morgan Jackson (SBN 250910)
mjackson@fbm.com
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants
BLUEHIPPO FUNDING, LLC and
BLUEHIPPO CAPITAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROYLENE RAY, KELLY CANNON, KARLA HODGES, LAKETA COULTER, LINDA PULLUM, MAYRA AYAR, ESPERANZA OCHOA and JANIS SHOEMAKER, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> BLUEHIPPO FUNDING, LLC, BLUEHIPPO CAPITAL, LLC and GATEWAY, INC., <br><br> Defendants. | Case No. C-06-1807 JSW EMC <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF PRETRIAL DATES AND REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** <br><br> Hon. Jeffrey S. White <br> Courtroom 2, 17th Floor <br><br> Trial Date: December 14, 2009 |

1       All parties hereto, through their counsel of record, hereby stipulate and ask the Court to

2   order as follows:

3       1.      On August 26, the parties received a notification from the Court's CM/ECF system

4   setting a Status Conference for December 12, 2008 at 1:30 p.m. A true and correct copy of the

5   notification is attached as Exhibit A to the Declaration of Anthony P. Schoenberg In Support Of

6   Stipulation Regarding Continuance Of Pretrial Dates And Referral To Magistrate For Settlement

7   Conference ("Schoenberg Decl."), filed herewith.

8       2.      In light of the anticipated December 12, 2008 Status Conference, the parties filed a

9   Joint Status Statement on December 4, 2008. A true and correct copy of the Joint Status

10  Statement is attached as Exhibit B to the Schoenberg Decl.

11      3.      In the Joint Status Statement, the parties each requested that the Court continue the

12  pretrial dates. The Defendants and the Plaintiffs, however, set forth competing positions

13  regarding the amount of time by which they sought to continue such dates. The parties respective

14  positions are set forth in the Joint Status Statement at pp. 2-6. *See* Schoenberg Decl., Exhibit B.

15      3.      In the Joint Status Statement, the parties also requested that the Court appoint a

16  Magistrate Judge to assist with the parties with settlement discussions. *See* Schoenberg Decl., Ex.

17  B at 2:6-8.

18      3.      On December 8, 2008, the Court's Courtroom Deputy advised the parties that no

19  Status Conference appeared on the Court's calendar for December 12, 2008. *See* Schoenberg

20  Decl. ¶ 6. She further advised that the August 26, 2008 notification the parties received from the

21  Court's CM/ECF system had been in error. *Id.*.

22      4.      Under the current pretrial schedule, motions related to class certification must be

23  filed no later than January 15, 2008. Given the imminence of that deadline, and in light of the

24  upcoming holidays, the parties believe that the above-referenced scheduling issues must get

25  resolved promptly. Accordingly, the parties hereby stipulate and jointly request that the Court

26  issue a ruling as soon as possible addressing the parties' competing requests to continue the

27  pretrial dates that are set forth in the Joint Status Statement. If the Court believes that a Status

28

1   Conference is needed in order to resolve this issue, the parties will make themselves available at

2   the Court's earliest convenience.

3        5.      The parties also jointly request a referral to a Magistrate Judge, and specifically to

4   Magistrate Judge Spero, for a settlement conference.

5        SO STIPULATED.

6   Dated:  December 9, 2008

                                        By:_____/s/_____
7                                            Gary Peller

8
                                        Gary Peller
9                                       peller@law.georgetown.edu
                                        Professor of Law
10                                      GEORGETOWN UNIVERSITY LAW
                                            CENTER
11                                      600 New Jersey Avenue, N.W.
                                        Washington, D.C.  20001
12                                      Telephone:  (202) 662-9122
                                        Facsimile:  (202) 662-9680
13
                                        David J. Marshall
14                                      marshall@kmblegal.com
                                        Debra S. Katz
15                                      katz@kmblegal.com
                                        KATZ, MARSHALL, BANKS, LLP
16                                      1718 Connecticut Ave., N.W., Sixth Floor
                                        Washington, D.C.  20009
17                                      Telephone:  (202) 299-1140
                                        Facsimile:  (202) 299-1148
18
                                        Attorneys for Plaintiffs
19                                      ROYLENE RAY, KELLY CANNON,
                                        KARLA HODGES, LAKETA COULTER,
20                                      LINDA PULLUM, MAYRA AYAR,
                                        ESPERANZA OCHOA and JANIS
21                                      SHOEMAKER

22  Dated:  December 9, 2008            QUINN EMANUEL URQUHART OLIVER
                                            & HEDGES
23

24                                      By:_____/s/_____
                                            Stan Karas
25
                                        Attorneys for Defendant
26                                      GATEWAY, INC.

27

28

STIP. & [PROP] ORDER RE CONTINUANCE OF          - 2 -                    23304\1784593.1
PRETRIAL DATES Case No. C-06-1807

Dated: December 9, 2008

I represent that concurrence in the filing of this document has been obtained from each of the other signatories which shall serve in lieu of their signatures on this document.

FARELLA BRAUN & MARTEL LLP

By:_____/s/_____
       Anthony P. Schoenberg

Attorneys for Defendants
BLUEHIPPO FUNDING, LLC and
BLUEHIPPO CAPITAL, LLC

## ORDER

Pursuant to the above-referenced stipulation, and for good cause shown, IT IS HEREBY

ORDERED THAT the Court adopts the following new pretrial dates:

| Event | Current Dates | New Dates |
|---|---|---|
|  |  |  |
| 1. Last day to file motions regarding class certification, with briefing schedule to follow local court rules. | 1/15/09 | 2/19/09 |
| 2. Hearing on motions regarding class certification | 2/20/09 | 4/3/90 at 9:00 a.m. |
| 3. Close of fact discovery. | 5/18/09 | 6/15/09 |
| 4. Plaintiffs identify experts and produce expert reports. | 6/2/09 | 7/7/09 |
| 5. Defendants identify experts and produce expert reports. | 6/16/09 | 7/21/09 |
| 6. Parties serve supplemental expert disclosures and reports. | 6/30/09 | 8/4/09 |
| 7. Last day for completing expert depositions. hear | 7/20/09 | 8/24/09 |
| 8. Last day to file dispositive motions, with briefing schedule to follow local court rules. | 8/20/09 | 10/2/09 at 9:00 a.m. |
| 9. Parties serve opening briefs in support of motions *in limine* (suggested date per Judge White's Standing Orders). | 10/9/09 | 11/13/09 |
| 10. Parties serve oppositions to motions *in limine* (suggested date per Judge White's Standing Orders). | 10/16/09 | 11/20/09 |
| 11. Parties to file pretrial submissions pursuant to Judge White's Standing Orders, including: 1) joint proposed pretrial order, 2) joint proposed jury instructions and supporting memoranda, 3) joint proposed *voir dire* questions, 4) joint motions *in limine* binder, and 5) trial briefs on issues of law. | 11/9/09 | 12/14/09 |
| 12. Final pretrial conference. | 11/23/09 | 1/11/10 at 2:00 p.m. |
| 13. Trial. | 12/14/09 | 2/1/10 at 8:00 a.m. |

IT IS FURTHER ORDERED THAT this matter is referred to Magistrate Judge Joseph C. Spero for a settlement conference.

STIP. & [PROP] ORDER RE CONTINUANCE OF
PRETRIAL DATES Case No. C-06-1807

- 3 -

23304\1784593.1

1    IT IS SO ORDERED.

2    Dated: ___December 10, 2008___, 2008

3

4                                        _____
                                         Hon. Jeffrey S. White
5                                        United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

STIP. & [PROP] ORDER RE CONTINUANCE OF
PRETRIAL DATES Case No. C-06-1807                - 4 -                    23304\1784593.1