IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYLENE RAY and KELLY CANNON, individually and on behalf of other similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>BLUEHIPPO FUNDING, LLC, BLUEHIPPO CAPITAL, LLC and GATEWAY, INC.,<br><br>    Defendants.<br>                / | No. C 06-01807 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS FOURTH AMENDED COMPLAINT** |

  Plaintiffs have filed a motion to dismiss the fourth amended complaint and set the hearing on February 20, 2009. The Court HEREBY ORDERS that Plaintiffs shall file an opposition by no later than January 21, 2009 and Plaintiffs shall file a reply by no later than January 28, 2009.

  If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

  **IT IS SO ORDERED.**

Dated: January 6, 2009

                          JEFFREY S. WHITE
                          UNITED STATES DISTRICT JUDGE