1   Robert M. Bramson (SBN 102006)                Douglas R. Young (SBN 073248)
    rbramson@bramsonplutzik.com                   dyoung@fbm.com
2   BRAMSON, PLUTZIK, MAHLER &                    C. Brandon Wisoff (SBN 121930)
        BIRKHAEUSER, LLP                          bwisoff@fbm.com
3   2125 Oak Grove Road, Suite 120               Anthony P. Schoenberg (SBN 203714)
    Walnut Creek, CA  94598                       tschoenberg@fbm.com
4   Telephone:  (925) 945-0200                   Morgan Jackson (SBN 250910)
    Facsimile:  (925) 945-8972                   mjackson@fbm.com
5                                                 FARELLA BRAUN & MARTEL LLP
    Attorneys for Plaintiffs                      235 Montgomery Street, 17th Floor
6   ROYLENE RAY, KELLY CANNON, KARLA             San Francisco, CA  94104
    HODGES and LAKETA COULTER                     Telephone:  (415) 954-4400
7                                                 Facsimile:  (415) 954-4480
    Additional Counsel on Signature Page
8                                                 Attorneys for Defendants
                                                  BLUEHIPPO FUNDING, LLC and
9   Jeffrey D. McFarland (SBN 157628)            BLUEHIPPO CAPITAL, LLC
        jeffmcfarland@quinnemanuel.com
10  Stan Karas (SBN 222402)
        stankaras@quinnemanuel.com
11  QUINN EMANUEL URQUHART
        OLIVER & HEDGES
12  865 S. Figueroa Street, 10th Floor
    Los Angeles, CA  90017-2543
13  Telephone:  (213) 443-3000
    Facsimile:  (213) 443-3100
14
    Attorneys for Defendant GATEWAY, INC.
15

16                          UNITED STATES DISTRICT COURT

17                        NORTHERN DISTRICT OF CALIFORNIA

18                             SAN FRANCISCO DIVISION

19

20  ROYLENE RAY, KELLY CANNON,              Case No. C-06-1807 JSW EMC
    KARLA HODGES and LAKETA
21  COULTER et al., individually and on     **JOINT REQUEST OF ALL PARTIES FOR
    behalf of others similarly situated,,   THIRTY DAY STAY OF DEADLINES TO
22                                          PERMIT PREPARATION OF
                    Plaintiffs,             DOCUMENTATION FOR CLASS
23                                          ACTION SETTLEMENT**
            vs.                                 **AND ORDER THEREON**
24
    BLUEHIPPO FUNDING, LLC,
25  BLUEHIPPO CAPITAL, LLC and
    GATEWAY, INC.,
26
                    Defendants.             Trial Date:  February 1, 2010
27

28

─────────────────────────────────────────────────────────

Plaintiffs Roylene Ray, Kelly Cannon, Carla Hodges Laketa Coulter, Linda Pullum, Mayra Ayar, Esperanza Ochoa and Janis Shoemaker (collectively "Plaintiffs"), defendants BlueHippo Funding LLC, BlueHippo Capital, LLC (collectively "BlueHippo") and defendant Gateway, Inc. ("Gateway"), by and through counsel, hereby stipulate as follows and respectfully request the Court to enter the accompanying proposed order:

1.      The parties reached a settlement in principle of all claims and issues in this litigation on January 27, 2009 with the able and much appreciated assistance of the Honorable Joseph C. Spero.

2.      Because the settlement will include resolution of class claims, the settlement terms will need to be submitted to the Court for preliminary approval and ultimately for final approval. Preparation of the stipulation of settlement and the accompanying documents for preliminary approval will require the input and review of several parties and their counsel as well as verification of various customer data.

3.      So as to permit them to complete these tasks, the parties respectfully request that the Court: (1) vacate the hearing on BlueHippo's currently pending motion to dismiss (set for February 20, 2009), suspend further briefing and withhold any decision on that motion; (2) suspend all deadlines in connection with the class certification briefing and hearing (Plaintiffs' motion is currently due on February 19, 2009 and a hearing is set for April 3, 2009); and (3) temporarily stay, for a period of thirty (30) days, all litigation activity in the case unnecessary to the preparation of the stipulation of settlement and preliminary approval papers (various depositions of the class representatives and other discovery issues are scheduled over the next few weeks in anticipation of the class certification motion deadlines).  This will reduce unnecessary burden on the Court and avoid the unnecessary expenditure of the parties' funds and resources that can otherwise be used for settlement.  Moreover, the parties' counsel wish to focus on drafting the required settlement documents rather than engaging in continued litigation efforts which, in all likelihood, will prove to be unnecessary.

4.      The parties will either present the proposed settlement to the Court for preliminary approval within 30 days or inform the Court of the status of the matter and request appropriate

1    scheduling changes at that time. The parties are motivated to complete the settlement documents

2    and will work diligently toward that end.

3          SO STIPULATED.

4

5    Dated: January 28, 2009.          BRAMSON, PLUTZIK, MAHLER &
                                BIRKHAEUSER, LLP

6

7

8                          By:_____/s/_____
                                  Robert M. Bramson

9

10                         David J. Marshall
                         marshall@kmblegal.com

11                         Debra S. Katz
                         katz@kmblegal.com

12                         KATZ, MARSHALL, BANKS, LLP
                         1718 Connecticut Ave., N.W., Sixth Floor

13                         Washington, D.C. 20009
                         Telephone: (202) 299-1140

14                         Facsimile: (202) 299-1148

15                         Gary Peller
                         peller@law.georgetown.edu

16                         Professor of Law
                         GEORGETOWN UNIVERSITY LAW
                            CENTER

17                         600 New Jersey Avenue, N.W.
                         Washington, D.C. 20001

18                         Telephone: (202) 662-9122
                         Facsimile: (202) 662-

19

20                         Attorneys for Plaintiffs

21

22

23

24

25

26

27

28

1  Dated: January 28, 2009.  FARELLA BRAUN & MARTEL LLP

2

3  By:_____/s/_____

4       C. Brandon Wisoff

5  Attorneys for Defendants
   BLUEHIPPO FUNDING, LLC and
   BLUEHIPPO CAPITAL, LLC

6

7  *I hereby attest that I have received authority
   from the other counsel signatories to file this
   document.*

8  **[Signatures Continued on Next Page]**

9  Dated: January 28, 2009  QUINN EMANUEL URQUHART OLIVER
                             & HEDGES

10

11

12  By:_____/s/_____

13        Jeffrey D. McFarland

14  Attorneys for Defendant
    GATEWAY, INC.

15

16                    ~~[PROPOSED]~~ ORDER

17  In accordance with the above stipulation and for good cause shown, IT IS SO ORDERED.

18  Dated: _____January 29_____, 2009.

19

20  _____
    Jeffrey S White, U. S. District Judge

21

22

23

24

25

26

27

28