1   Robert M. Bramson (SBN 102006)
    rbramson@bramsonplutzik.com
2   BRAMSON, PLUTZIK, MAHLER &
       BIRKHAEUSER, LLP
3   2125 Oak Grove Road, Suite 120
    Walnut Creek, CA  94598
4   Telephone:  (925) 945-0200
    Facsimile:  (925) 945-8972
5
    Attorneys for Plaintiffs
6   ROYLENE RAY, KELLY CANNON, KARLA
    HODGES and LAKETA COULTER
7
    Additional Counsel on Signature Page
8

9   Jeffrey D. McFarland (SBN 157628)
       jeffmcfarland@quinnemanuel.com
10  Stan Karas (SBN 222402)
       stankaras@quinnemanuel.com
11  QUINN EMANUEL URQUHART
       OLIVER & HEDGES
12  865 S. Figueroa Street, 10th Floor
    Los Angeles, CA  90017-2543
13  Telephone:  (213) 443-3000
    Facsimile:  (213) 443-3100
14
    Attorneys for Defendant GATEWAY, INC.
15

Douglas R. Young (SBN 073248)
dyoung@fbm.com
C. Brandon Wisoff (SBN 121930)
bwisoff@fbm.com
Anthony P. Schoenberg (SBN 203714)
tschoenberg@fbm.com
Morgan Jackson (SBN 250910)
mjackson@fbm.com
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendants
BLUEHIPPO FUNDING, LLC and
BLUEHIPPO CAPITAL, LLC

16                    UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                        SAN FRANCISCO DIVISION

19

20  ROYLENE RAY, KELLY CANNON,
    KARLA HODGES and LAKETA
21  COULTER et al., individually and on
    behalf of others similarly situated,,
22
                   Plaintiffs,
23
          vs.
24
    BLUEHIPPO FUNDING, LLC,
25  BLUEHIPPO CAPITAL, LLC and
    GATEWAY, INC.,
26
                   Defendants.
27

28

Case No. C-06-1807 JSW EMC

**STATUS REPORT AND [PROPOSED]
ORDER REGARDING PROGRESS OF
SETTLEMENT DOCUMENTATION**

Trial Date:  February 1, 2010

1    In a stipulated request, dated January 28, 2009, the parties (1) notified the Court of a class

2    action settlement in principle that was reached the previous day with the assistance of Magistrate

3    Judge Spero and (2) asked the Court to suspend certain deadlines and generally stay the action for

4    thirty days to permit the settlement to be documented and submitted to the Court for preliminary

5    class approval.  The Court approved the stipulated order on January 29, 2009.  The parties now

6    submit this status report to update the Court on the progress to date.

7    While the parties have made substantial progress on documenting the settlement, the

8    review and revision of the settlement documentation is still underway.  A draft of the agreement

9    has been completed by BlueHippo and reviewed by Plaintiffs who made a number of proposed

10   revisions currently under review by BlueHippo.  BlueHippo expects to have a revised draft of the

11   agreement back to Plaintiffs within the next day or two.  Realistically, the parties expect it may

12   take another two weeks to finalize the documentation before it can be submitted to the Court for

13   review and preliminary approval.  The parties request, therefore, that the Court extend the

14   temporary stay of the action for another two weeks to permit completion of that process.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    SO STIPULATED.

2    Dated:  March 2, 2009.                    BRAMSON, PLUTZIK, MAHLER &
                                               BIRKHAEUSER, LLP
3

4
                                               By:_____/s/_____
5                                                      Robert M. Bramson

6                                              David J. Marshall
                                               marshall@kmblegal.com
7                                              Debra S. Katz
                                               katz@kmblegal.com
8                                              KATZ, MARSHALL, BANKS, LLP
                                               1718 Connecticut Ave., N.W., Sixth Floor
9                                              Washington, D.C.  20009
                                               Telephone:  (202) 299-1140
10                                             Facsimile:  (202) 299-1148

11                                             Gary Peller
                                               peller@law.georgetown.edu
12                                             Professor of Law
                                               GEORGETOWN UNIVERSITY LAW
13                                                 CENTER
                                               600 New Jersey Avenue, N.W.
14                                             Washington, D.C.  20001
                                               Telephone:  (202) 662-9122
15                                             Facsimile:  (202) 662-

16                                             Attorneys for Plaintiffs

17
     Dated:  March 2, 2009.                    FARELLA BRAUN & MARTEL LLP
18

19
                                               By:_____/s/_____
20                                                     C. Brandon Wisoff

21                                             Attorneys for Defendants
                                               BLUEHIPPO FUNDING, LLC and
22                                             BLUEHIPPO CAPITAL, LLC

23                                             *I hereby attest that I have received authority
                                               from the other counsel signatories to file this
24                                             document.*

25
     **[Signatures Continued on Next Page]**
26

27

28

1 Dated:  March 2, 2009                           QUINN EMANUEL URQUHART OLIVER
2                                                     & HEDGES

3
4                                                  By:_____/s/_____
                                                      Jeffrey D. McFarland
5                                                  Attorneys for Defendant
6                                                  GATEWAY, INC.

7                                         [PROPOSED] ORDER
8
      In accordance with the above stipulation and for good cause shown, IT IS SO ORDERED.
9
      Dated: ____March 3_____, 2009.
10
11    _____
12                      Jeffrey S. White, U. S. District Judge

13    The stay is continued until March 19, 2009.  The parties shall either file a stipulation
      of dismissal or a joint case management statement no later than March 19, 2009.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28