Robert M. Bramson (SBN 102006)
rbramson@bramsonplutzik.com
BRAMSON, PLUTZIK, MAHLER &
 BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8972

Attorneys for Plaintiffs
ROYLENE RAY, KELLY CANNON, KARLA
HODGES and LAKETA COULTER

Additional Counsel on Signature Page

Jeffrey D. McFarland (SBN 157628)
 jeffmcfarland@quinnemanuel.com
Stan Karas (SBN 222402)
 stankaras@quinnemanuel.com
QUINN EMANUEL URQUHART
 OLIVER & HEDGES
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendant GATEWAY, INC.

Douglas R. Young (SBN 073248)
dyoung@fbm.com
C. Brandon Wisoff (SBN 121930)
bwisoff@fbm.com
Anthony P. Schoenberg (SBN 203714)
tschoenberg@fbm.com
Morgan Jackson (SBN 250910)
mjackson@fbm.com
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants
BLUEHIPPO FUNDING, LLC and
BLUEHIPPO CAPITAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROYLENE RAY, KELLY CANNON, KARLA HODGES and LAKETA COULTER et al., individually and on behalf of others similarly situated,, <br><br> Plaintiffs, <br><br> vs. <br><br> BLUEHIPPO FUNDING, LLC, BLUEHIPPO CAPITAL, LLC and GATEWAY, INC., <br><br> Defendants. | Case No. C-06-1807 JSW EMC <br><br> **JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER THEREON** <br><br><br> Trial Date: February 1, 2010 |

1  In a stipulated request, dated January 28, 2009, the parties (1) notified the Court of a class action settlement in principle that was reached the previous day with the assistance of Magistrate Judge Spero and (2) asked the Court to suspend certain deadlines and generally stay the action for thirty days to permit the settlement to be documented and submitted to the Court for preliminary class approval. The Court approved the stipulated order on January 29, 2009. On March 3, 2009, the Court approved an additional two week stay of the action to and including March 19, 2009 to allow the parties to complete documentation of the settlement. In the March 3, 2009 order, the Court directed the parties either to file a stipulation of dismissal or a joint case management statement no later than March 19, 2009.

The parties have made substantial progress in documenting the settlement, but as is not unusual in a class settlement, a number of unanticipated issues and complexities have arisen that that have required careful consideration of the parties and their counsel. Most of these issues have been resolved, but there are a handful of issues that the parties are still discussing. The parties continue to believe that the issues can be resolved through drafting compromises and will not become conceptual obstacles to completion of the settlement.

The parties jointly request that the Court continue the stay in place for another two weeks to allow the parties to work through the few remaining issues. None of the parties desires the Court to lift the stay or enter a scheduling order that would require the parties to simultaneously litigate the matter while trying to finalize the settlement, as that would only divert resources needed to complete the settlement process. The parties are happy to answer any questions that the Court may have.

**[Signatures on Next Page]**

---

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
AND [PROPOSED] ORDER THEREON Case No. C-06-1807           - 1 -                                    23304\1898748.1

| | | |
|---|---|---|
| 1 | Dated: March 19, 2009. | Respectfully submitted, |
| 2 | | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |
| 3 | | |
| 4 | | |
| 5 | | By: _____/s/_____<br>Robert M. Bramson |
| 6 | | David J. Marshall |
| | | marshall@kmblegal.com |
| 7 | | Debra S. Katz |
| | | katz@kmblegal.com |
| 8 | | KATZ, MARSHALL, BANKS, LLP |
| | | 1718 Connecticut Ave., N.W., Sixth Floor |
| 9 | | Washington, D.C. 20009 |
| | | Telephone: (202) 299-1140 |
| 10 | | Facsimile: (202) 299-1148 |
| 11 | | Gary Peller |
| | | peller@law.georgetown.edu |
| 12 | | Professor of Law |
| | | GEORGETOWN UNIVERSITY LAW |
| 13 | |    CENTER |
| | | 600 New Jersey Avenue, N.W. |
| 14 | | Washington, D.C. 20001 |
| | | Telephone: (202) 662-9122 |
| 15 | | Facsimile: (202) 662- |
| 16 | | Attorneys for Plaintiffs |
| 17 | | |
| 18 | Dated: March 19, 2009. | FARELLA BRAUN & MARTEL LLP |
| 19 | | |
| 20 | | By: _____/s/_____<br>C. Brandon Wisoff |
| 21 | | Attorneys for Defendants |
| 22 | | BLUEHIPPO FUNDING, LLC and<br>BLUEHIPPO CAPITAL, LLC |
| 23 | | *I hereby attest that I have received authority from the other counsel signatories to file this document.* |
| 24 | | |
| 25 | | |
| 26 | **[Signatures Continued on Next Page]** | |
| 27 | | |
| 28 | | |

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
AND [PROPOSED] ORDER THEREON Case No. C-06-1807

- 2 -

23304\1898748.1

Dated: March 19, 2009

QUINN EMANUEL URQUHART OLIVER & HEDGES

By: _____/s/_____
       Jeffrey D. McFarland

Attorneys for Defendant
GATEWAY, INC.

### [PROPOSED] ORDER ON CASE MANAGEMENT CONFERENCE

In accordance with the above Case Management Conference Statement and for good cause shown, the stay of this litigation is continued until  March 31 , 2009 to allow the parties to complete documentation of the Settlement. By that date, the parties shall either file papers seeking preliminary approval of a proposed class action settlement or a further joint case management statement.

SO ORDERED,

Dated,  March 20 , 2009

_____
Jeffrey S. White, U.S. District Judge