| | |
|---|---|
| 1 | Robert M. Bramson (SBN 102006) <br> rbramson@bramsonplutzik.com <br> 2 BRAMSON, PLUTZIK, MAHLER & <br> BIRKHAEUSER, LLP <br> 3 2125 Oak Grove Road, Suite 120 <br> Walnut Creek, CA  94598 <br> 4 Telephone:  (925) 945-0200 <br> Facsimile:  (925) 945-8972 <br> 5 <br> Attorneys for Plaintiffs <br> 6 ROYLENE RAY, KELLY CANNON, KARLA <br> HODGES and LAKETA COULTER <br> 7 <br> Additional Counsel on Signature Page <br> 8 <br> 9 Jeffrey D. McFarland (SBN 157628) <br> jeffmcfarland@quinnemanuel.com <br> 10 Stan Karas (SBN 222402) <br> stankaras@quinnemanuel.com <br> 11 QUINN EMANUEL URQUHART <br> OLIVER & HEDGES <br> 12 865 S. Figueroa Street, 10th Floor <br> Los Angeles, CA  90017-2543 <br> 13 Telephone:  (213) 443-3000 <br> Facsimile:  (213) 443-3100 <br> 14 <br> 15 Attorneys for Defendant GATEWAY, INC. | Douglas R. Young (SBN 073248) <br> dyoung@fbm.com <br> C. Brandon Wisoff (SBN 121930) <br> bwisoff@fbm.com <br> Anthony P. Schoenberg (SBN 203714) <br> tschoenberg@fbm.com <br> Morgan Jackson (SBN 250910) <br> mjackson@fbm.com <br> FARELLA BRAUN & MARTEL LLP <br> 235 Montgomery Street, 17th Floor <br> San Francisco, CA  94104 <br> Telephone:  (415) 954-4400 <br> Facsimile:  (415) 954-4480 <br><br> Attorneys for Defendants <br> BLUEHIPPO FUNDING, LLC and <br> BLUEHIPPO CAPITAL, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROYLENE RAY, KELLY CANNON, KARLA HODGES and LAKETA COULTER et al., individually and on behalf of others similarly situated,, <br><br> Plaintiffs, <br><br> vs. <br><br> BLUEHIPPO FUNDING, LLC, BLUEHIPPO CAPITAL, LLC and GATEWAY, INC., <br><br> Defendants. | Case No. C-06-1807 JSW EMC <br><br> **FURTHER JOINT CASE MANAGEMENT CONFERENCE STATEMENT REGARDING PROGRESS OF SETTLEMENT AND [~~PROPOSED~~] ORDER THEREON** <br><br> Trial Date:  February 1, 2010 |

FUR. JT CMC STATEMENT RE PROGRESS OF SETTLEMENT
AND [PROPOSED] ORDER THEREON Case No. C-06-1807

23304\1908258.1

1    In a stipulated request, dated January 28, 2009, the parties (1) notified the Court of a class

2    action settlement in principle that was reached the previous day with the assistance of Magistrate

3    Judge Spero and (2) asked the Court to suspend certain deadlines and generally stay the action for

4    thirty days to permit the settlement to be documented and submitted to the Court for preliminary

5    class approval.  The Court approved the stipulated order on January 29, 2009.  The Court

6    subsequently extended the stay by additional stipulated orders, dated March 3 and 20, 2009, and

7    in the March 20 order gave the parties until March 31, 2009 to submit preliminary approval

8    papers or a further case management conference statement.

9    The parties now have a final settlement agreement that has been fully documented and is

10   being circulated for signatures.  The parties request that the Court extend the stay for another

11   week to April 7 to gather the signatures and to permit class counsel to submit preliminary

12   approval papers to the Court.  The parties further request that the anticipated preliminary approval

13   motion be decided as promptly as the Court's schedule permits, and the parties ask permission to

14   waive hearing on that motion or to attend a hearing on shortened time if the Court has any

15   questions.

16

17   **[Signatures on Next Page]**

18

19

20

21

22

23

24

25

26

27

28

1   Dated:  March 31, 2009.         Respectfully submitted,

2                            BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

3

4

5                            By:_____/s/_____
                                  Robert M. Bramson

6                            David J. Marshall
                            marshall@kmblegal.com

7                            Debra S. Katz
                            katz@kmblegal.com

8                            KATZ, MARSHALL, BANKS, LLP
                            1718 Connecticut Ave., N.W., Sixth Floor

9                            Washington, D.C.  20009
                            Telephone:  (202) 299-1140

10                         Facsimile:  (202) 299-1148

11                         Gary Peller
                         peller@law.georgetown.edu

12                         Professor of Law
                         GEORGETOWN UNIVERSITY LAW

13                             CENTER
                         600 New Jersey Avenue, N.W.

14                         Washington, D.C.  20001
                         Telephone:  (202) 662-9122

15                         Facsimile:  (202) 662-

16                         Attorneys for Plaintiffs

17

18   Dated:  March 31, 2009.        FARELLA BRAUN & MARTEL LLP

19

20                            By:_____/s/_____
                                   C. Brandon Wisoff

21                         Attorneys for Defendants
                         BLUEHIPPO FUNDING, LLC and

22                         BLUEHIPPO CAPITAL, LLC

23                         *I hereby attest that I have received authority
                         from the other counsel signatories to file this*

24                         *document.*

25   **[Signatures Continued on Next Page]**

26

27

28

1    Dated:  March 31, 2009                    QUINN EMANUEL URQUHART OLIVER
                                                 & HEDGES
2

3
                                              By:_____/s/_____
4                                                 Jeffrey D. McFarland

5                                             Attorneys for Defendant
                                              GATEWAY, INC.
6

7               [PROPOSED] ORDER ON CASE MANAGEMENT CONFERENCE

8          In accordance with the above Case Management Conference Statement and for good

9    cause shown, the stay of this litigation is continued until _____April 7_____, 2009 to allow

10   the parties to submit a motion seeking preliminary approval of a proposed class action settlement.

11   The motion shall be submitted on the papers with no hearing and decided by the Court as soon as

12   practicable.       Upon receipt of the submissions, the Court will decide whether and when a
                         hearing may be necessary.

13                                            SO ORDERED.

14

15   Dated, ____March 31____, 2009            _____
                                              Jeffrey S. White, U.S. District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28