IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYLENE RAY and KELLY CANNON, individually and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLUEHIPPO FUNDING, LLC,<br><br>Defendant. | No. C 06-01807 JSW<br><br>**ORDER REGARDING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND ESTRADA'S MOTION TO INTERVENE** |

Now before the Court is Plaintiffs Roylene Ray and Kelly Cannon's motion for preliminary certification of a settlement class, preliminary approval of class settlement and related relief. This matter is currently set for hearing on Friday, May 22, 2009. Also before the Court is a motion to intervene to stay action and an objection to the motion for preliminary approval of settlement filed by movant Julio Estrada. The Court finds the motion to intervene and objection to the settlement requires a response from Plaintiffs. In order to facilitate the proper adjudication of both pending motions, the Court HEREBY RESETS the hearing on the motion for preliminary approval to July 17, 2009 at 9:00 a.m. An opposition to the motion to intervene shall be filed by no later than June 1, 2009 and a reply shall be filed no later than June 8, 2009.

**IT IS SO ORDERED.**

Dated: May 18, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE