1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROYLENE RAY and KELLY CANNON,
individually and on behalf of other similarly
situated,

    Plaintiffs,

 v.

BLUEHIPPO FUNDING, LLC,

    Defendant.

_____/

No. C 06-01807 JSW

**ORDER CONTINUING
PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF
SETTLEMENT AND ESTRADA'S
MOTION TO INTERVENE**

   Now before the Court is Plaintiffs Roylene Ray and Kelly Cannon's motion for
preliminary certification of a settlement class, preliminary approval of class settlement and
related relief.  Also before the Court is a motion to intervene to stay action and an objection to
the motion for preliminary approval of settlement filed by movant Julio Estrada.  These matters
are currently set for hearing on July 17, 2009 at 9:00 a.m.  The Court has also received
Estrada's notice regarding the continuation of a hearing in the national class action case to
August 14, 2009.  Lastly, the Court has now received a motion by counsel for defendant
BlueHippo Funding, LLC and BlueHippo Capital LLC requesting to withdraw from
representation.  The motion to withdraw is set for hearing on September 4, 2009 at 9:00 a.m.

   In order to address the motions in a most efficient fashion possible and considering the
possibility that the national class action may render this matter moot, the Court HEREBY
VACATES the hearing date of July 17, 2009 and CONTINUES the hearing on the motion for
preliminary certification of a settlement class and the motion to intervene to stay the action and
the objection to the motion for preliminary approval to occur on September 4, 2009 at 9:00
a.m., at the same hearing as the pending motion to withdraw as counsel.  Any opposition to the
motion to withdraw as counsel shall be filed by no later than August 21, 2009.  The Court notes

that Defendants are corporations and may therefore not appear without counsel.

**IT IS SO ORDERED.**

Dated:   July 9, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2