William B. Federman (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK  73120
(405) 235-1560
(405) 239-2112

THE PREBLE LAW FIRM
SCOTT J. PREBLE (SBN: 115158)
(spreble@preblelawfirm.com)
3700 Delta Fair Blvd., Suite 210
Antioch, CA  94509-4074
Tel: (925) 756-7111
Fax: (925) 756-7191

Attorneys for Movant Julio Estrada

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROYLENE RAY, et al.,<br><br>    Plaintiffs<br><br>vs.<br><br>BLUEHIPPO FUNDING, LLC, et al.,<br><br>    Defendants. | Case No. C 06-1807 JSW<br><br>**MOVANT JULIO ESTRADA'S SUPPLEMENT TO MOTION TO INTERVENE TO STAY ACTION AND OBJECTION TO PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Date:  September 4, 2009<br>Time:  9:00 a.m.<br>Location: Courtroom 11, Hon. Jeffrey S. White<br>Trial: February 1, 2010 |

An evidentiary hearing was held on August 14, 2009 on the Motion to Enforce Settlement Agreement filed in *Robbins v. BlueHippo Funding, LLC, et al.* N.D. Okla. Case No. 07-CV-145-TCK-TLW (the "Motion to Enforce").  Pursuant to this Court's request, Movant Julio Estrada files this Supplement to his Motion to Intervene to advise this Court as to the resolution of the Motion to Enforce.

Case No. C 06-1807 JSW                              1

MOVANT JULIO ESTRADA'S SUPPLEMENT TO MOTION TO INTERVENE TO STAY ACTION
AND OBJECTION TO PRELIMINARY APPROVAL OF SETTLEMENT

Magistrate Judge T. Lane Wilson presided over the evidentiary hearing for the Motion to Enforce held on August 14, 2009.  In a telephone conference with the parties on August 26, 2009, Judge Wilson provided an outline of his ruling to the parties.  Judge Wilson advised the Parties that he intends to rule that the Parties had clearly reached a settlement, and that the settlement agreement should be enforced.  Judge Wilson believes his Report and Recommendation will be issued next week.

Dated: August 26, 2009              Respectfully submitted,

By:   /s/ William B. Federman
William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania
Oklahoma City, OK  73120
405-235-1560
405-239-2112 (Facsimile)
wbf@federmanlaw.com

THE PREBLE LAW FIRM
SCOTT J. PREBLE (SBN: 115158)
(spreble@preblelawfirm.com)
3700 Delta Fair Blvd., Suite 210
Antioch, CA  94509-4074
Tel: (925) 756-7111
Fax: (925) 756-7191

Cornelius P. Dukelow, OBA No. 19086
**ABINGTON INTELLECTUAL**
**PROPERTY LAW GROUP, PC**
10026-A S. Mingo Road, No. 240
Tulsa, Oklahoma 74133-5700
918.588.3400 (*telephone*)
cdukelow@abingtonlaw.com

*Attorneys for Movant Julio Estrada*

I:\BlueHippo\CA Settlement\MotionIntervene\SupplementMotionIntervene.docx

Case No. C 06-1807 JSW                           2

MOVANT JULIO ESTRADA'S SUPPLEMENT TO MOTION TO INTERVENE TO STAY ACTION
AND OBJECTION TO PRELIMINARY APPROVAL OF SETTLEMENT