William B. Federman (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
(405) 235-1560
(405) 239-2112

THE PREBLE LAW FIRM
SCOTT J. PREBLE (SBN: 115158)
(spreble@preblelawfirm.com)
3700 Delta Fair Blvd., Suite 210
Antioch, CA 94509-4074
Tel: (925) 756-7111
Fax: (925) 756-7191

Attorneys for Movant Julio Estrada

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROYLENE RAY, et al.,<br><br>  Plaintiffs<br><br>vs.<br><br>BLUEHIPPO FUNDING, LLC, et al.,<br><br>  Defendants. | Case No. C 06-1807 JSW<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: September 4, 2009<br>Time: 9:00 a.m.<br>Location: Courtroom 11, Hon. Jeffrey S. White<br>Trial: February 1, 2010 |

I, Judy A. Berry, declare as follows:

I am a citizen of the United States and employed in Oklahoma County, Oklahoma. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 10205 N. Pennsylvania Avenue, Oklahoma City, OK 73120.

I am over the age of 18 years and not a party to the within entitled action. On August 26, 2009, I served the within SUPPLEMENT TO MOTION TO INTERVENE TO STAY ACTION AND OBJECTION TO PRELIMINARY APPROVAL OF SETTLEMENT on the following persons:

CERTIFICATE OF SERVICE                                                                                  1

| | |
|---|---|
| Robert M. Bramson<br>BRAMSON, PLUTZIK, MAHLER &<br>BIRKHAEUSER, LLP<br>2125 Oak Grove Road, Suite 120<br>Walnut Creek, California 94598 | Gary Peller<br>Professor of Law<br>GEORGETOWN UNIVERSITY LAW<br>CENTER<br>600 New Jersey Avenue, N.W.<br>Washington, D.C. 20001 |
| David J. Marshall<br>Debra Katz<br>KATZ, MARSHALL, BANKS, LLP<br>1718 Connecticut Ave., N.W.<br>Sixth Floor<br>Washington, D.C. 20009 | Stuart T. Rossman<br>Charles M. Delbaum<br>THE NATIONAL CONSUMER LAW<br>CENTER<br>77 Summer Street, 10th Floor<br>Boston, MA 02110 |

*Attorneys for Plaintiffs*

| | |
|---|---|
| C. Brandon Wisoff<br>FARELLA BRAUN & MARTELL, LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA  94104 | Jeffrey D. McFarland<br>QUINN EMANUEL URQUHART OLIVER &<br>HEDGES<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA  91107-2543 |

*Attorneys for BlueHippo Defendants*

*Attorneys for Defendant Gateway*

[X] BY MAIL: I caused true and correct copies of the above documents to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) with postage thereon fully prepaid, and I further caused said envelope(s) to be placed in the United States mail, in the City and County of Oklahoma City, Oklahoma.

[ ] BY PERSONAL SERVICE: I caused true and correct copies of the above documents to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

[ ] BY FEDERAL EXPRESS: I caused true and correct copies of the above documents to be placed and sealed in an envelope (or envelopes) addressed to the addressee( s) and I used such envelope(s) to be delivered to Federal Express overnight courier service to the office(s) of the addressee(s).

[ ] BY FACSIMILE: I caused a copy (or copies) of such document(s) to be sent via facsimile transmission to the office(s) of the addressee(s).

I declare under penalty of perjury that the foregoing is true and correct, and that I am in the office of an attorney admitted to practice in this Court *pro hac vice*, at whose direction this service was made.

CERTIFICATE OF SERVICE                                                                                                    2

1  Executed at Oklahoma City, Oklahoma on August 26, 2009.

                                    /s/  Judy A. Berry
                                  Judy A. Berry

I:\BlueHippo\CA Settlement\CertificateService.docx

CERTIFICATE OF SERVICE          3