1

2

3          IN THE UNITED STATES DISTRICT COURT

4

5          FOR THE NORTHERN DISTRICT OF CALIFORNIA

6   ROYLENE RAY and KELLY CANNON,
    individually and on behalf of other similarly
7   situated,                                          No. C 06-01807 JSW

8              Plaintiffs,

9     v.                                               **ORDER CONTINUING**
                                                       **PLAINTIFFS' MOTION FOR**
10  BLUEHIPPO FUNDING, LLC,                            **PRELIMINARY APPROVAL OF**
                                                       **SETTLEMENT, ESTRADA'S**
11             Defendant.                              **MOTION TO INTERVENE, AND**
    _____/                 **MOTION TO WITHDRAW**
12

13          Now before the Court is Plaintiffs Roylene Ray and Kelly Cannon's motion for

14  preliminary certification of a settlement class, preliminary approval of class settlement and

15  related relief.  Also before the Court is a motion to intervene to stay this action and an objection

16  to the motion for preliminary approval of settlement filed by movant Julio Estrada.  These

17  matters were originally set for hearing on July 17, 2009 at 9:00 a.m.  The Court then received

18  Estrada's notice regarding the continuation of a hearing in the national class action case to

19  August 14, 2009.  Lastly, the Court also received a motion by counsel for defendant BlueHippo

20  Funding, LLC and BlueHippo Capital LLC requesting to withdraw from representation.

21          In order to address the motions in a most efficient fashion possible and considering the

22  possibility that the national class action may render this matter moot, on July 9, 2009, the Court

23  vacated the hearing date of July 17, 2009 and set the hearing on all pending motions for

24  September 4, 2009.  On August 26, 2009, the Court received a further notice from Estrada

25  indicating that an opinion on the national class action is forthcoming.  On the same basis, the

26  Court finds that it would be the most efficient use of resources to vacate the hearing date of

27  September 4, 2009 and continue the hearing.  Therefore, the hearing date on all pending

28  motions

**United States District Court**
For the Northern District of California

1  of September 4, 2009 is HEREBY VACATED and CONTINUED to September 25, 2009 at

2  9:00 a.m.

3       **IT IS SO ORDERED.**

4

5  Dated:   September 1, 2009

6                                                JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2