Douglas R. Young (State Bar No. 073248)
dyoung@fbm.com
C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Stephanie Powers Skaff (State Bar No. 183119)
sskaff@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendants
BLUEHIPPO FUNDING, LLC and
BLUEHIPPO CAPITAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROYLENE RAY, KELLY CANNON, KARLA HODGES and LAKETA COULTER, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BLUEHIPPO FUNDING, LLC, BLUEHIPPO CAPITAL, LLC and GATEWAY, INC.,<br><br>Defendants. | Case No. C-06-1807 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE/TIME ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, ESTRADA'S MOTION TO INTERVENE AND BLUEHIPPO'S COUNSEL'S MOTION TO WITHDRAW**<br><br>**TRIAL DATE:  February 1, 2010** |

   Plaintiffs Kelly Cannon, Karla Hodges, Laketa Coulter, Myra Ayar, Linda Pullum and Janice Shoemaker ("Plaintiffs"), Defendants BlueHippo Funding, LLC and BlueHippo Capital, LLC ("BlueHippo") and proposed Intervenor Julio Estrada, by and through counsel, hereby stipulate as follow:

   1. On September 1, 2009, the Court entered an Order (Docket No. 302) *sua sponte* continuing from September 4, 2009 to September 25, 2009 the hearing on:  (1) Plaintiffs' motion for provisional certification of a settlement class and preliminary approval of class settlement; (2)

1  Estrada's motion to intervene and object to that settlement; and (3) the motion of BlueHippo's
2  counsel, the law firm of Farella Braun + Martel LLP, to withdraw as counsel.

3        2.    BlueHippo's counsel has informed counsel for the other parties that he has another
4  hearing (a class certification hearing) also set for September 25, 2009 before the Honorable
5  Ronald M. Whyte, United States District Judge for the Northern District of California, San Jose
6  Division. BlueHippo's counsel represents that this hearing has been set long in advance and
7  clients and other counsel are flying from out of state to be at that hearing.

8        3.    In view of this conflict, counsel for the parties discussed possible alternatives to
9  September 25 as a hearing date for the above-referenced motions set in this case. Unfortunately
10 counsel were not able to find a Friday morning in September or much of October where one party
11 or the other did not have an unavoidable conflict. Plaintiffs also did not want to continue the
12 hearing past the last week in September.

13       4.    If the Court could accommodate them, the parties could be available for the
14 hearing on September 25 (as now scheduled) if the hearing time were moved from 9:00 a.m. to
15 3:00 p.m. Alternatively, the parties could all be available on September 30 (a Wednesday). The
16 parties respectfully request that the Court consider those alternatives.

17       **SO STIPULATED.**

19 **-Signatures Next Page**

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
CHANGING 9.25.09 HEARING DATE; Case No.   - 2 -   23304\2036018.1
C 06-1807 JSW

| | | |
|---|---|---|
| 1 | Dated: September 4, 2009 | FARELLA BRAUN + MARTEL LLP |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | C. Brandon Wisoff |
| | | Attorneys for Defendants |
| 5 | | BLUEHIPPO FUNDING, LLC and BLUEHIPPO CAPITAL, LLC |
| 6 | | |
| 7 | | *I hereby attest that I have received authority from the other counsel signatories to file this document.* |
| 8 | | |
| 9 | | |
| 10 | Dated: September 4, 2009 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |
| 11 | | |
| 12 | | By: /s/ |
| | | Robert M. Bramson |
| 13 | | Attorneys for Plaintiffs |
| 14 | | ROYLENE RAY, KELLY CANNON, KARLA HODGES, LAKETA COULTER, LINDA PULLUM, MAYRA AYAR, ESPERANZA OCHOA and JANIS SHOEMAKER |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | Dated: September 4, 2009 | QUINN EMANUEL URQUHART OLIVER & HEDGES |
| 19 | | |
| 20 | | By: /s/ |
| 21 | | Jeffrey D. McFarland |
| 22 | | Attorneys for Defendant GATEWAY, INC. |
| 23 | | |
| 24 | Dated: September 4, 2009 | FEDERMAN & SHERWOOD |
| 25 | | |
| 26 | | By: /s/ |
| | | William B. Federman |
| 27 | | |
| 28 | | Attorneys for Movant/Proposed Intervenor JULIO ESTRADA |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER CHANGING 9.25.09 HEARING DATE; Case No. C 06-1807 JSW

- 3 -

23304\2036018.1

# **ORDER**

For good cause shown, the hearing currently set on September 25, 2009 for (1) Plaintiffs' motion for provisional certification of a settlement class and preliminary approval of class settlement; (2) Estrada's motion to intervene and object to said settlement; and (3) the motion of BlueHippo's counsel to withdraw are hereby continued from September 25, 2009 at 9:00 a.m. to _____.

**SO ORDERED.**

Dated: _____

_____
HON. JEFFREY S. WHITE
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER CHANGING 9.25.09 HEARING DATE; Case No. C 06-1807 JSW

- 4 -

23304\2036018.1