1  Douglas R. Young (State Bar No. 073248)
    dyoung@fbm.com
2  C. Brandon Wisoff (State Bar No. 121930)
    bwisoff@fbm.com
3  Stephanie Powers Skaff (State Bar No. 183119)
    sskaff@fbm.com
4  Farella Braun & Martel LLP
    235 Montgomery Street, 17th Floor
5  San Francisco, CA  94104
    Telephone:  (415) 954-4400
6  Facsimile:  (415) 954-4480

7  Attorneys for Defendants
    BLUEHIPPO FUNDING, LLC and
8  BLUEHIPPO CAPITAL, LLC

9             UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

| 13 ROYLENE RAY, KELLY CANNON, | Case No. C-06-1807 JSW |
| KARLA HODGES and LAKETA | |
| 14 COULTER, individually and on behalf of | **STIPULATION AND [PROPOSED]** |
| others similarly situated, | **ORDER CHANGING HEARING** |
| 15 | **DATE/TIME ON PLAINTIFFS' MOTION** |
| Plaintiffs, | **FOR PRELIMINARY APPROVAL OF** |
| 16 | **CLASS SETTLEMENT, ESTRADA'S** |
| vs. | **MOTION TO INTERVENE AND** |
| 17 | **BLUEHIPPO'S COUNSEL'S MOTION TO** |
| BLUEHIPPO FUNDING, LLC, | **WITHDRAW** |
| 18 BLUEHIPPO CAPITAL, LLC and | |
| GATEWAY, INC., | |
| 19 | **TRIAL DATE:  February 1, 2010** |
| Defendants. | |
| 20 | |

21

22       Plaintiffs Kelly Cannon, Karla Hodges, Laketa Coulter, Myra Ayar, Linda Pullum and

23  Janice Shoemaker ("Plaintiffs"), Defendants BlueHippo Funding, LLC and BlueHippo Capital,

24  LLC ("BlueHippo") and proposed Intervenor Julio Estrada, by and through counsel, hereby

25  stipulate as follow:

26       1.     On September 1, 2009, the Court entered an Order (Docket No. 302) *sua sponte*

27  continuing from September 4, 2009 to September 25, 2009 the hearing on:  (1) Plaintiffs' motion

28  for provisional certification of a settlement class and preliminary approval of class settlement; (2)

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
CHANGING 9.25.09 HEARING DATE; Case No.    - 1 -
C 06-1807 JSW                                     23304\2036018.1

1   Estrada's motion to intervene and object to that settlement; and (3) the motion of BlueHippo's

2   counsel, the law firm of Farella Braun + Martel LLP, to withdraw as counsel.

3       2.    BlueHippo's counsel has informed counsel for the other parties that he has another

4   hearing (a class certification hearing) also set for September 25, 2009 before the Honorable

5   Ronald M. Whyte, United States District Judge for the Northern District of California, San Jose

6   Division.  BlueHippo's counsel represents that this hearing has been set long in advance and

7   clients and other counsel are flying from out of state to be at that hearing.

8       3.    In view of this conflict, counsel for the parties discussed possible alternatives to

9   September 25 as a hearing date for the above-referenced motions set in this case.  Unfortunately

10  counsel were not able to find a Friday morning in September or much of October where one party

11  or the other did not have an unavoidable conflict.  Plaintiffs also did not want to continue the

12  hearing past the last week in September.

13      4.    If the Court could accommodate them, the parties could be available for the

14  hearing on September 25 (as now scheduled) if the hearing time were moved from 9:00 a.m. to

15  3:00 p.m.  Alternatively, the parties could all be available on September 30 (a Wednesday).  The

16  parties respectfully request that the Court consider those alternatives.

17      **SO STIPULATED.**

18

19  **-Signatures Next Page**

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
CHANGING 9.25.09 HEARING DATE; Case No.    - 2 -
C 06-1807 JSW

23304\2036018.1

1    Dated:  September 4, 2009          FARELLA BRAUN + MARTEL LLP

2

3                                        By: _____/s/_____

4                                              C. Brandon Wisoff

5                                      Attorneys for Defendants
                                     BLUEHIPPO FUNDING, LLC and
6                                      BLUEHIPPO CAPITAL, LLC

7                                      *I hereby attest that I have received authority from the other counsel signatories to file this document.*

8

9

10    Dated:  September 4, 2009          BRAMSON, PLUTZIK, MAHLER &
                                     BIRKHAEUSER, LLP
11

12                                      By: _____/s/_____
                                           Robert M. Bramson
13
                                     Attorneys for Plaintiffs
14                                      ROYLENE RAY, KELLY CANNON,
                                     KARLA HODGES, LAKETA COULTER,
15                                      LINDA PULLUM, MAYRA AYAR,
                                     ESPERANZA OCHOA and JANIS
16                                      SHOEMAKER

17

18    Dated:  September 4, 2009          QUINN EMANUEL URQUHART OLIVER
                                     & HEDGES
19

20                                      By: _____/s/_____
                                           Jeffrey D. McFarland
21
                                     Attorneys for Defendant
22                                      GATEWAY, INC.

23

24    Dated:  September 4, 2009          FEDERMAN & SHERWOOD

25

26                                      By: _____/s/_____
                                           William B. Federman
27
                                     Attorneys for Movant/Proposed Intervenor
28                                      JULIO ESTRADA

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
CHANGING 9.25.09 HEARING DATE; Case No.     - 3 -                          23304\2036018.1
C 06-1807 JSW

1

## <u>ORDER</u>

For good cause shown, the hearing currently set on September 25, 2009 for (1) Plaintiffs'

motion for provisional certification of a settlement class and preliminary approval of class

settlement; (2) Estrada's motion to intervene and object to said settlement; and (3) the motion of

BlueHippo's counsel to withdraw are hereby continued from September 25, 2009 at 9:00 a.m. to

September 25, 2009 at 2:00 p.m.                    .

**SO ORDERED.**

Dated:   September 4, 2009

_____
HON. JEFFREY S. WHITE
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
CHANGING 9.25.09 HEARING DATE; Case No.          - 4 -
C 06-1807 JSW

23304\2036018.1