IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROYLENE RAY and KELLY CANNON,
individually and on behalf of other similarly
situated,                                                    No. C 06-01807 JSW

        Plaintiffs,

  v.                                                          **ORDER ADMINISTRATIVELY
                                                            CLOSING CASE**

BLUEHIPPO FUNDING, LLC,

        Defendant.

_____/

      Now before the Court is the suggestion of bankruptcy filed by Defendant BlueHippo

Funding, LLC and BlueHippo Capital, LLC ("BlueHippo Defendants"). By operation of 11

U.S.C. § 362(a), the filing of the petition for bankruptcy operates as a stay as to all actions

against the BlueHippo Defendants.

      The Court also holds that the claims now pending against defendant Gateway, Inc. shall,

in the interest of efficient management of this matter, be stayed pending resolution of the related

claims against the BlueHippo Defendants.

      By virtue of the automatic stay, the Clerk of the Court is directed administratively to

close the case for statistical purposes. The parties shall notify the Court within **ten (10) days** of

the lifting of the bankruptcy stay, and this matter shall thereafter be reopened.

      **IT IS SO ORDERED.**

Dated: January 27, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE