# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| ROYLENE RAY, et al., | |
|---|---|
| Plaintiffs, | Case No. 06-cv-01807-JSW |
| v. | |
| BLUEHIPPO FUNDING, LLC, et al., | **ORDER REQUIRING STATUS REPORT REGARDING BANKRUPTCY PROCEEDINGS** |
| Defendants. | |

On January 27, 2010, the Court administratively closed this case pursuant to a Notice of Bankruptcy. The Court HEREBY ORDERS the parties to submit a status report on the status of the Bankruptcy Proceedings by no later than September 4, 2015.

**IT IS SO ORDERED.**

Dated: August 12, 2015

_____
JEFFREY S. WHITE
United States District Judge